PD-0419-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/15/2015 1:29:59 PM
Accepted 4/16/2015 11:38:37 AM
ABEL ACOSTA
CLERK

CAUSE NO. _____

_____

COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

_____

COURT OF APPEALS NO. 08-13-00025-CR
TRIAL COURT NO. 960D10169-384-1

EX PARTE: DANIEL ALVAREZ

_____

MOTION FOR AN EXTENSION
OF TIM E TO FILE PETITION FOR DISCRETIONARY REVIEW

_____

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Petitioner, Daniel Alvarez, files this Motion for Extension of Time to File

Petition for Discretionary Review under Tex. R. App. P. 10.1, 10.5(b), and 53.7(f).

In support of this motion, Petitioner shows the following:

1.  The Eighth Court of Appeals for the Western District in El Paso rendered its

opinion and judgment in Ex Parte: Daniel Alvarez, No. 08-13-00025-CR, on January

28, 2015, a motion for rehearing was filed on February 27, 2014 and denied on March

18, 2015.  The petition for review due date for filing is due on April 17, 2015.

2.  Petitioner requests an extension of time of thirty days, to March 17, 2015. This

is Petitioner's first request for an extension of time in this case.

FILED IN
COURT OF CRIMINAL APPEALS

April 16, 2015

ABEL ACOSTA, CLERK

3.     Petitioner relies on the following facts as a reasonable explanation for the requested extension of time:

The undersigned has had several court hearings, client conferences, worked on a Petition for Review in a case styled In the Matter of the Estate of Sherman Alexander Hemsley, No. 15-0156 filed on April 2, 2015; prepared for a trial on April 6, 2015 in a case styled The State of Texas v. Marisela Delarosa, No. 20140D02737 which was dismissed on the day of trial; is currently in a trial that begin on April 14, 2015 in case styled The State of Texas v. Luis Arroyos, No. 20120C09468; and is currently working on an appeal (10 volumes) in a case styled The State of Texas v. David Espinoza, No. 08-14-00268-CR due on April 21, 2015, necessitating the filing of this extension request.

Therefore, Petitioner prays that this Court grant this motion for extension of time.

Respectfully submitted,

     /s/     James D. Lucas
JAMES D. LUCAS
SBN 12658300
2316 Montana Avenue
El Paso, Texas 79903
Tel: (915) 532-8811
Fax: (915) 532-8807
Counsel for Petitioner
jlucas2@elp.rr.com

CERTIFICATE OF SERVICE

I, James D. Lucas, hereby certify that on the 15th day of April , 2015, a true and correct amended copy of the foregoing instrument was delivered to the below-named individuals by electronic means:

Jaime Esparza
District Attorney
El Paso County Courthouse
500 E. San Antonio, Room 201
El Paso, Texas 79901
tdarnold@epcounty.com

State Prosecuting Attorney
P.O. Box 12405
Austin, Texas 78711
information@spa.texas.gov

Dated this 15th day of April, 2015.


_____/s/_____James D. Lucas_____
JAMES D. LUCAS